## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF INDIANA
## HAMMOND DIVISION

| | |
|---|---|
| CouponCabin LLC, a Delaware limited liability company, | Case No. 2:14-cv-39 |
| Plaintiff, | Complaint For:<br>(1) VIOLATION OF THE COMPUTER FRAUD AND ABUSE ACT, 18 U.S.C. §§ 1030 ET SEQ.; |
| vs. | (2) VIOLATION OF THE DIGITAL MILLENNIUM COPYRIGHT ACT, 17 U.S.C. §§ 1201 ET SEQ; |
| Does, 1 through 10 inclusive, | (3) BREACH OF CONTRACT; |
| Defendants. | (4) TRESPASS; AND<br>(5) INTERFERENCE WITH PROSPECTIVE BUSINESS ADVANTAGE |

## COMPLAINT

Plaintiff CouponCabin LLC ("CouponCabin" or "Plaintiff), by and through its attorneys, brings this Complaint against Defendants Does 1-10 (collectively, the "Doe Defendants") for injunctive relief and damages. CouponCabin alleges as follows:

## INTRODUCTION

1. CouponCabin is a leading provider of online, printable and grocery coupons for more than 3,000 retailers and merchants, and provides more than 20,000 active and genuine coupons, coupon codes, offers or deals through its website www.couponcabin.com (the "CouponCabin website" or the "Site").

2. CouponCabin has spent a significant amount of time, money, resources and effort sourcing and providing these coupon codes, coupons and discounts to its users. This process in most cases requires CouponCabin to establish and maintain relationships, and negotiate agreements with online merchants and retailers. CouponCabin receives a commission from these



merchants and retailers in return for directing Internet traffic and potential customers to their websites. CouponCabin has established substantial goodwill in its brand and reputation in the course of its long relationships with many such merchants and retailers, as well as with its users.

3. In early fall 2013, CouponCabin noticed a marked increase in the amount of its unique content appearing on a number of competing websites. This led CouponCabin to conduct an investigation, during which CouponCabin discovered evidence of a large number of spiders, scraping programs and web harvesting programs (collectively referred to herein as "scraping" or "scraping programs") systematically acquiring data from the CouponCabin website.

4. Scraping programs are computer programs that operate to electronically copy, retrieve or otherwise acquire data and information from the websites of others with little or no human interaction. A scraping program is capable of executing instructions at a speed far in excess of what a human can accomplish manually.

5. Since at least early fall 2013, Doe Defendants have employed scraping programs to download, copy and record, and enable the republishing of, CouponCabin's coupons and coupon codes. This practice is explicitly barred by CouponCabin's Terms and Conditions, which prohibits the "systematic retrieval (including by use of data mining, robots, or other extraction tools) of data or other content from the CouponCabin website."

6. The Doe Defendants knowingly and intentionally breached this and other access and use restrictions in CouponCabin's Terms and Conditions, and have circumvented various technical protection barriers employed by CouponCabin. In so doing, they have violated an array of federal and state laws, including the Computer Fraud and Abuse Act, 18 U.S.C. § 1030, *et seq.* (the "CFAA"), and the Digital Millennium Copyright Act, 17 U.S.C. § 1201 *et seq.* (the

2

"DMCA"), and have engaged in unlawful acts of breach of contract, misappropriation, and trespass.

7.    CouponCabin brings this action to identify the Doe Defendants and to obtain permanent injunctive relief halting their unlawful conduct.  CouponCabin has implemented technical barriers and other measures to protect against the wrongful acts of the Doe Defendants, but the effectiveness of such measures is imperfect.  The Doe Defendants' activities, if not enjoined, threaten ongoing and irreparable harm to CouponCabin, including to its reputation and its substantial consumer goodwill.  CouponCabin further is entitled to its actual damages, statutory damages, and/or exemplary damages as a result of the Doe Defendants' misconduct.

## JURISDICTION AND VENUE

8.    This Court has federal question jurisdiction over this action under 28 U.S. C. §§ 1331 and 1338 because this action alleges violations of federal statutes, including the CFAA and the DMCA.  The Court has supplemental jurisdiction over the state law causes of action pleaded herein pursuant to 28 U.S.C. § 1367.

9.    Venue is proper in this District under 28 U.S.C. § 1391, because a substantial part of the events or omissions giving rise to the claims occurred in this District.

## THE PARTIES

10.    CouponCabin is a Delaware limited liability company with its principal place of business in Whiting, Indiana.  CouponCabin LLC is the successor in interest to CouponCabin, Inc., an Illinois corporation.

11.    The Doe Defendants are persons and/or entities responsible in whole or in part for the wrongdoing alleged herein.  CouponCabin is informed and believes that each of the Doe

3

Defendants participated in, ratified, endorsed, or was otherwise involved in the acts complained of, and that they have liability for such acts. CouponCabin intends to seek expedited discovery to learn the identity of the Doe Defendants and will amend this Complaint if and when it identifies such persons or entities and/or the scope of their actions.

12.     During all relevant times, the Doe Defendants have repeatedly, knowingly, and intentionally accessed CouponCabin's servers without CouponCabin's authorization. While accessing CouponCabin's servers, the Doe Defendants made systematic and continuous contact with this judicial district, and targeted their wrongful acts at CouponCabin.

### FACTS

13.     CouponCabin's business is focused on providing coupons and coupon codes over the Internet. CouponCabin spends, and has spent over many years, significant time, money, resources and effort sourcing and providing these coupons and coupon codes to its users.

14.     Over many years, CouponCabin has established and maintained relationships with online merchants and retailers.

15.     CouponCabin receives a commission from these merchants and retailers in return for directing Internet traffic and potential customers to their websites.

16.     CouponCabin has established substantial goodwill in its brand and reputation in the course of its long relationships with many of such merchants and retailers, as well as with its users.

17.     The coupons provided through the CouponCabin website are generally composed of an alphanumeric code. A user obtains this code from CouponCabin's website and then enters in the code at the website of a corresponding online retailer.

4

18.     CouponCabin rigorously tests the coupons provided through the CouponCabin website up to six times a week to ensure they work every time.  CouponCabin has even offered a "Coupon Guarantee" where, subject to certain restrictions, CouponCabin will provide a $25 restraurant.com gift card to any user who encounters an invalid coupon code.  These practices help make CouponCabin content unique and valuable among online coupon providers.

19.     The CouponCabin website is an original copyrighted work.  Among the significant original elements of the CouponCabin website are the distinctive page layout, design, graphical elements, and organization of CouponCabin coupon codes and electronic coupons.

20.     Since 2003, CouponCabin has used and established substantial goodwill in the COUPONCABIN, COUPON CABIN and COUPONCABIN.COM trademarks (the "Marks").  CouponCabin has registered or applied for registration for several trademarks with the United States Patent and Trademark Office in connection with its CouponCabin.com website featuring online discounts and coupons.  CouponCabin is also the owner of numerous other trademarks, copyrights and other intellectual property in connection with its services and its operation of its website.

21.     CouponCabin has expended significant time, money, resources and effort into the design, development and maintenance of the CouponCabin website and into establishing public recognition of the Marks and the CouponCabin website so that the public will identify CouponCabin with a high quality website for online discounts and coupons.

## CouponCabin Terms and Conditions

22.     CouponCabin is available at no cost to the general public, subject to agreement to the CouponCabin Terms and Conditions.  A true and correct copy of the CouponCabin Terms and Conditions is attached as Exhibit "A."

23.     Users of the CouponCabin website signify their acceptance of the CouponCabin Terms and Conditions by virtue of their access and use of the Site.  The CouponCabin Terms and Conditions state that, "[b]y using the Site, you signify your agreement to these terms and conditions and CouponCabin's Privacy Policy."

24.     The CouponCabin Terms and Conditions state that users are granted a limited and revocable license to access and use the CouponCabin website in accordance with the CouponCabin Terms and Conditions.  The license restrictions state, "[e]xcept as may be explicitly permitted through the Site, you agree not to save, download, cut and paste, sell, license, rent, lease, modify, distribute, copy, reproduce, transmit, publicly display, publicly perform, publish, adapt, edit, catalogue, aggregate, or create derivative works from materials, code or content on or from the Site."

25.     The CouponCabin Terms and Conditions also require users to acknowledge and agree that "all content and services available on the Site are property of CouponCabin and its advertisers and licensors and are protected by copyrights, moral rights, trademarks, service marks, patents, trade secrets, and other proprietary rights and laws, in the U.S. and internationally."  In addition, the CouponCabin Terms and Conditions further state that "[y]ou may not in any way make commercial or other unauthorized use of (by publication, re-transmission, distribution, performance, caching, cataloguing, aggregating, or otherwise) the Site

6

Content or other material obtained through the Site, except as permitted by the Copyright Act or other law and as expressly permitted in writing by this Agreement, CouponCabin, or the Site."

26.     The CouponCabin Terms and Conditions specifically prohibit the "[s]ystematic retrieval (including by use of data mining, robots, spiders, or other extraction tools) of data or other content from the Site to create or compile, directly or indirectly, a collection, compilation, database or directory[.]"

27.     As described further below, the Doe Defendants' conduct is in flagrant violation of each of these provisions.

**CouponCabin's Technology Safeguards and Security Measures to Protect CouponCabin Against Unauthorized Access**

28.     CouponCabin diligently works to protect the integrity and security of its network and systems.  Among other things, it employs a range of technological safeguards and barriers designed to prevent data scrapers and other wrongdoers from gaining unauthorized access to CouponCabin's website.

29.     In response to the data scraping by Doe Defendants, CouponCabin was forced to utilize a third party security provider, Distil Networks Inc. ("Distil"), with whom it has implemented technological safeguards and barriers.  Internet traffic intended for CouponCabin is initially routed through Distil servers.  Distil uses a proprietary algorithm to analyze traffic patterns and identify behavior indicative of data scraping.  Distil helps CouponCabin to identify scraping activity on its site by, among other things, monitoring the number and frequency of incoming requests from a particular IP addresses.  If CouponCabin and Distil determine that an IP address exhibits a high-level of data scraping or other suspicious behavior, they subsequently block those IP addresses from accessing the CouponCabin website.

30.    As a result of the continuing actions of the Doe Defendants in gaining unauthorized access to the CouponCabin website and engaging in comprehensive scraping activity, CouponCabin has been forced to block the access of all traffic, including legitimate users, emanating from certain cloud computing providers and internet service providers identified as being used particularly heavily by the Doe Defendants to conduct scraping activities.

### The Doe Defendants' Data Scraping Activities

31.    By accessing the CouponCabin website, the Doe Defendants agreed to abide by the access and use restrictions in the CouponCabin Terms and Conditions described above.

32.    Since at least early fall 2013, the Doe Defendants have knowingly and intentionally engaged in data scraping activities on the CouponCabin website.

33.    In response to the Doe Defendants' activities, CouponCabin was forced to take action to prevent the interruption in service to its users, and CouponCabin has expended resources and suffered damages in determining the extent of the invasion of its computer servers by Doe Defendants.  Such damages are ongoing and increasing and include the assessment of, and remedial action in response to, the scraping activity of the Doe Defendants.

34.    As part of the remedial action CouponCabin was forced to take in order to combat such scraping activity, CouponCabin engaged Distil to help detect and protect against scraping activity and, when necessary, block traffic from accessing the CouponCabin website.

35.    Sometime after CouponCabin blocked the Doe Defendants from accessing the CouponCabin website, the Doe Defendants knowingly and intentionally circumvented CouponCabin's security measures in order to continue their data scraping activities.

8

36.     On information and belief, the Doe Defendants have circumvented and continue to circumvent CouponCabin's blockage by conducting their scraping activity in a way specifically designed to evade Distil's monitoring tests described above.  For example, on information and belief, the Doe Defendants decreased the frequency and number of successive data requests to avoid triggering CouponCabin's technical safeguards.  Further, on information and belief, in conjunction with taking steps to circumvent those safeguards, in order to maintain the previous volume of scraping, the Doe Defendants significantly and dramatically increased the number of IP addresses they used to conduct the scraping activity.  In some instances, Doe Defendants used up to 1,100 different IP addresses from a single Internet Service Provider as part of a coordinated scraping program.  The action of each IP address exhibited a high level of coordination and sophistication.  For example, each IP address was used to scrape a different portion of CouponCabin's website, with little or no overlap among the scraping activity.

37.     Through these efforts, the Doe Defendants were able to scrape the entirety of the content, information and data on CouponCabin's website.

38.     In conjunction with Distil, CouponCabin conducted an extensive investigation of the Doe Defendants' misconduct and, in the course of its investigation, CouponCabin compiled lists tracking the IP addresses used by the Doe Defendants.

39.     As a result of this investigation, CouponCabin determined that the Doe Defendants accessed CouponCabin using servers provided by cloud computing providers and/or internet service providers throughout the United States, specifically including, but not limited to, Ubiquiti Networks, Inc., located in San Jose, California; ColoCrossing, located in Buffalo, New York; SingleHop, LLC, located in Chicago, Illinois; Virpus Networks, Inc., located in Kansas

City, Missouri; Rackspace Hosting, Inc., located in San Antonio, Texas; and Eonix Corporation, located in Henderson, Nevada.

40.     The Doe Defendants used these servers as a launching pad from which to scrape data from CouponCabin's website.

41.     Upon information and belief, the use of multiple companies operating servers in different states was specifically designed by the Doe Defendants to conceal their identity and bypass the technical safeguards CouponCabin used to prohibit their unlawful activity.

42.     CouponCabin expects to be able to identify the Doe Defendants through the service of third-party discovery on the owners or operators of the servers the Doe Defendants used to scrape the CouponCabin website.

### Doe Defendants Have Caused and Threaten Ongoing and Irreparable Injury to CouponCabin

43.     By engaging in the data scraping incidents described above, the Doe Defendants have caused, and if not halted will continue to cause, ongoing and irreparable harm to CouponCabin, in a variety of ways.

44.     The Doe Defendants' misconduct has imposed significant strains on CouponCabin's servers, including through the use of automated technologies to copy, repeatedly, CouponCabin's coupon codes and electronic coupons.

45.     The automated, high-speed scraping activity caused by the Doe Defendants has impaired CouponCabin's ability to dedicate its servers to the activities of legitimate CouponCabin users.

46.     The strain that Doe Defendants' unlawful activity has imposed on the servers and computer system of CouponCabin has increased the length of time it takes CouponCabin's

website to respond to page requests by 300%. The increased response time degrades the user experience of legitimate users of the CouponCabin website and discourages longer and repeat visits of the Site.

47.     The magnitude of the scraping program of the Doe Defendants impairs the proper functioning of the CouponCabin website by disrupting the algorithm by which the content management system of the CouponCabin website runs. The content management system underlying the CouponCabin website determines where and when various coupons and coupon codes appear on the Site. The artificial interaction of the scraping program with the CouponCabin computer system produces false signals that are read by the algorithm, resulting in in the misplacement of content and suboptimal functioning of the CouponCabin website. This malfunctioning of the content management system degrades the user experience of legitimate users of the CouponCabin website and diminishes the revenue generated by the Site.

48.     CouponCabin users expect quality coupons that are unique to or available exclusively through the CouponCabin website. The unauthorized distribution of CouponCabin's coupons by the Doe Defendants degrades the value of the CouponCabin service and causes irreparable harm to the value of its consumer goodwill and trust, which CouponCabin has worked hard for years to earn and maintain.

49.     By re-publishing or selling to re-publishers CouponCabin coupon codes and electronic coupons, the Doe Defendants dilute the uniqueness of that content, which negatively affects CouponCabin's placement and ranking in internet search engines. Further, the re-publishing of content may result in penalties imposed on CouponCabin by internet search engines. Such negative impact to CouponCabin's search engine placement and/or penalties significantly harm CouponCabin's traffic and resulting revenue.

11

50.     On information and belief, the Doe Defendants, who have expended none of their own time, money, resources or effort into establishing merchant relationships or sourcing these coupons and coupon codes, have engaged in their scraping activities in an attempt to establish competing coupon websites, divert web traffic, sell such data and/or otherwise abscond or enrich themselves with commissions and referral fees that would otherwise be paid to CouponCabin.

51.     In the course of its commercial relationships and negotiations with merchants, CouponCabin points to the volume of traffic it is able to direct towards participating merchants. By using CouponCabin's own coupons to divert traffic away from CouponCabin's website, Doe Defendants hamper CouponCabin's ability to negotiate with merchants for more favorable coupons for its users and more favorable deal terms for CouponCabin.

52.     As a direct result of the Doe Defendants' scraping activities, CouponCabin has suffered harm to its computer systems, and has expended significant human, financial, and technological resources, including hundreds of hours of employee time, investigating and responding to and combatting the Doe Defendants' unlawful activities, at a cost to CouponCabin of more than $5,000.

### FIRST CLAIM, FOR VIOLATION OF COMPUTER FRAUD AND ABUSE ACT, 18 U.S.C. § 1030 ET SEQ.

53.     CouponCabin realleges and incorporates by reference all of the preceding paragraphs, 1-52.

54.     CouponCabin's computers and servers are involved in interstate and foreign commerce and communication, and are protected computers under 18 U.S.C. §1030(e)(2).

55.     On information and belief, the Doe Defendants knowingly and intentionally accessed CouponCabin's computers and servers without authorization or in excess of the authorization permitted under CouponCabin's Terms and Conditions and in circumvention of the technical barriers described in paragraphs 28-29, including the Distil scraping monitoring service, which barriers CouponCabin has employed to protect CouponCabin's computers and servers from unauthorized access.

56.     On information and belief, after gaining unauthorized access to CouponCabin's computers and servers, the Doe Defendants obtained and used valuable information from CouponCabin's protected computers and servers in transactions involving interstate or foreign communications in violation of 18 U.S.C. § 1030(a)(2).  This information includes, among other things, coupon codes, electronic coupons, and discount offers, and this use includes, among other things, distributing that content to others.

57.     The Doe Defendants knowingly, willfully, and with an intent to defraud, accessed CouponCabin's computers and servers without authorization or in excess of authorization and obtained valuable information from CouponCabin's computers and servers that, on information and belief, the Doe Defendants used to obtain something of value in violation of 18 U.S. C. § 1030(a)(4).

58.     CouponCabin has suffered damage and loss by reason of these violations, including, without limitation, harm to CouponCabin's computer systems, expenses associated with being forced to investigate and respond to the unauthorized access and abuse of its computers and servers, and other losses and damage in an amount to be proven at trial, in excess of $5,000 aggregated over a one year period.  The Doe Defendants' actions also imposed

significant strain and impairment on CouponCabin's computer systems, inhibiting its ability to conduct business and respond to legitimate user requests.

59.     In addition, CouponCabin has suffered and will continue to suffer irreparable harm, and its remedy at law is not itself adequate to compensate it for injuries inflicted by the Doe Defendants.  Accordingly, CouponCabin is entitled to injunctive relief.

## SECOND CLAIM, FOR VIOLATIONS OF THE DIGITAL MILLENNIUM COPYRIGHT ACT, 17 U.S.C. § 1201 ET SEQ.

60.     CouponCabin realleges and incorporates by reference all of the preceding paragraphs. 1-59.

61.     CouponCabin employs various layers of technological protections, including the Distil scraping monitoring service, to protect CouponCabin's computers and servers from unauthorized access.  These technological protection measures help control and restrict access to the copyrighted materials on CouponCabin's servers, including the CouponCabin website, coupon codes, electronic coupons, and discount offers, and protect CouponCabin's exclusive rights in these copyrighted materials.

62.     Despite CouponCabin's best efforts to protect the CouponCabin website from the Doe Defendants' unauthorized access, the Doe Defendants circumvented CouponCabin's technological  safeguards and gained unauthorized access to CouponCabin's copyrighted materials, including without limitation the copyrighted CouponCabin website, in violation of 17 U.S.C. § 1201(a).

63.     As a result of the Doe Defendants' wrongful acts, CouponCabin has suffered and will continue to suffer damages to be proven at trial.  CouponCabin is further entitled to all

14

profits attributable to the Doe Defendants' wrongful acts. Alternatively, upon its election at any time before final judgment is entered, CouponCabin is entitled to recover statutory damages from the Doe Defendants pursuant to 17 U.S.C. § 1203 for each act of circumvention committed by the Doe Defendants.

64.     The Doe Defendants' circumventions also have caused CouponCabin irreparable harm. Unless restrained and enjoined, the Doe Defendants will continue to commit such acts. CouponCabin's remedies at law are not adequate to compensate for these inflicted and threatened injuries, and thus CouponCabin is entitled to injunctive relief as provided by 17 U.S.C. § 1203.

## THIRD CLAIM, FOR BREACH OF CONTRACT

65.     CouponCabin realleges and incorporates by reference all of the preceding paragraphs, 1-64.

66.     Use of the CouponCabin website and use of CouponCabin services are governed by and subject to the CouponCabin Terms and Conditions.

67.     CouponCabin users are presented with the CouponCabin Terms and Conditions and must agree to the CouponCabin Terms and Conditions in order to access the CouponCabin website.

68.     At all relevant times, CouponCabin also prominently displayed a link to the CouponCabin Terms and Conditions on CouponCabin's homepage.

69.     The Doe Defendants affirmatively accepted and agreed to the CouponCabin Terms and Conditions to access the CouponCabin coupons, and thereafter scraped data from CouponCabin's website in violation of those Terms and Conditions.

15

70.     The CouponCabin Terms and Conditions are enforceable and binding on the Doe Defendants.

71.     The Doe Defendants repeatedly accessed the CouponCabin website with knowledge of the CouponCabin Terms and Conditions and all of its prohibitions.  Despite their knowledge of the CouponCabin Terms and Conditions and their prohibitions, and their agreement thereto, the Doe Defendants accessed and continue to access the CouponCabin website to, among other things, scrape, crawl, or use other automated technology or software to gain access to the CouponCabin website without the consent of CouponCabin.

72.     CouponCabin has been unable to contact the Doe Defendants to demand that they cease and desist their data scraping and other CouponCabin-related activities because CouponCabin does not know the identifies of the Doe Defendants.

73.     The Doe Defendants' actions, as described above, have willfully, repeatedly, and systematically breached the CouponCabin Terms and Conditions.

74.     CouponCabin has performed all conditions, covenants, and promises required of it in accordance with the CouponCabin Terms and Conditions.

75.     The Doe Defendants' conduct has damaged CouponCabin, and caused and continues to cause irreparable harm and injury to CouponCabin.

76.     CouponCabin is entitled to injunctive relief, compensatory damages, and/or other equitable relief.


**FOURTH CLAIM, FOR TRESPASS**


77.     CouponCabin realleges and incorporates by reference all of the preceding paragraphs, 1-76.

16

78.     The Doe Defendants intentionally, and without authorization, accessed and interacted with CouponCabin's website, computer systems and servers.

79.     The Doe Defendants' access to the CouponCabin website and the information contained therein required the Doe Defendants to abide by the CouponCabin Terms and Conditions.  By violating the terms of the Terms and Conditions, and CouponCabin's express efforts to combat their activities, the Doe Defendants unlawfully gained access to and interfered and intermeddled with CouponCabin, its website, computer systems, and its servers.

80.     The Doe Defendants' unauthorized interference with and access to CouponCabin, its website, computer systems, and its servers, among other harms, reduces CouponCabin's capacity to service its users because it occupies and uses CouponCabin's resources.

81.     The Doe Defendants' conduct constitutes trespass that has harmed and will continue to harm CouponCabin.  As a result, CouponCabin has been and will continue to be damaged.

82.     CouponCabin has suffered and will continue to suffer irreparable harm, and its remedy at law is not itself adequate to compensate it for injuries inflicted by the Doe Defendants. Accordingly, CouponCabin is entitled to injunctive relief.

## FIFTH CLAIM, FOR INTERFERENCE WITH PROSPECTIVE BUSINESS ADVANTAGE

83.     CouponCabin realleges and incorporates by reference all of the preceding paragraphs, 1-82.

84.     CouponCabin has established relationships with numerous online merchants that utilize CouponCabin's services to make available on the CouponCabin website valid and

authentic coupon codes, electronic coupons, and discount offers.  In exchange for directing traffic to merchant websites, CouponCabin receives compensation, commissions and referral fees based on the amount of traffic and the number of purchases made using the coupons on the CouponCabin website.

85.     At all relevant times, the Doe Defendants knew of these relationships.

86.     The Doe Defendants wrongfully and tortiously interfered with CouponCabin's relationships with the merchants by republishing CouponCabin codes and diverting traffic from the CouponCabin website to competing coupon websites.

87.     The re-publishing of coupons and coupon codes scraped from the CouponCabin website harms CouponCabin's placement and ranking in internet search engines, materially diminishing traffic to the Site and resulting revenue to CouponCabin.

88.     Doe Defendants knew that their actions would deprive CouponCabin of commissions, referral fees and other compensation that would have been paid by those merchants to CouponCabin.

89.     The actions of Doe Defendants were without justification.

90.     CouponCabin has been and will continue to be damaged as the result of the Doe Defendants' actions.

## PRAYER FOR RELIEF

WHEREFORE, CouponCabin prays that judgment be entered in its favor and against the Doe Defendants, as follows:

1.     A preliminary injunction and permanent injunction enjoining and restraining all of the Doe Defendants, their employees, representatives, agents, and all persons or entities acting in concert with them, during the pendency of this action and

thereafter perpetually from accessing or using CouponCabin's website for any commercial purpose whatsoever;

2.      An order requiring Doe Defendants to destroy all documents, data, and other items, electronic or otherwise, in their possession, custody or control that were wrongfully copied from CouponCabin's website

3.      An award to CouponCabin of restitution and damages, including, but not limited to, compensatory, statutory, treble damages and punitive damages, as permitted by law;

4.      An award to CouponCabin of its costs of suit, including, but not limited to, reasonable attorney's fees, as permitted by law; and

5.      Such other and further relief as this Court may deem just and proper.

**<u>DEMAND FOR JURY TRIAL</u>**

CouponCabin hereby demands a jury trial of all issues in the above-captions action that are triable to a jury.

DATED:  February 7, 2014

By: /s/Mark R. Waterfill
Mark R. Waterfill, Atty. No. 10935-49
Jeff Kosc, Atty. No. 26234-49
BENESCH, FRIEDLANDER, COPLAN &
ARONOFF LLP
One American Square, Suite 2300
Indianapolis, Indiana 46282-0018
Tel: 317.632.3232
Fax: 317.632.2962
Email: mwaterfill@Beneschlaw.com
jkosc@beneschlaw.com

Tanya L. Forsheit

19

M. Scott Koller
*(Pro hac vice motions forthcoming)*
INFOLAWGROUP LLP
1500 Rosecrans Ave., Suite 500
Manhattan Beach, CA 90266
Tel: 310.706.4121
Mobile: 310.594.4627
Fax: 310.706.4007
Email: tforsheit@infolawgroup.com
Email: skoller@infolawgroup.com

*Attorneys for Plaintiff CouponCabin LLC*

2/7/2014

Terms & Conditions - CouponCabin.com

EXHIBIT A

COUPON ⊕ CABIN

# Terms & Conditions

Last Updated: Jan 6, 2014

This is the Terms and Conditions Agreement ("Terms and Conditions" or "Agreement") of CouponCabin LLC. ("CouponCabin" or "us" or "we"). These Terms and Conditions and our Privacy Policy, incorporated herein by reference, govern your use of our online services or any application created and distributed by us, any content or information therein, the CouponCabin.com website, any subdomains of CouponCabin.com, and any other website pages or applications on which services are provided by us (collectively, the "Site"). It is acknowledged that any reference to the term "Site" includes any application created and distributed by us, and the provisions of this Agreement govern your use of any such application and our online services provided therein.

By using the Site, you signify your agreement to these terms and conditions and CouponCabin's Privacy Policy, including all changes and revisions to this Agreement and the Privacy Policy. If you do not agree to these Terms and Conditions please do not use the Site. Please read this agreement carefully and check this Agreement periodically for changes as CouponCabin reserves the right to revise this Agreement. Any modifications we make will be effective immediately upon posting to the Site, and your continued use of the Site following the posting of any changes to the Agreement constitutes your acceptance of such changes. CouponCabin reserves the right to refuse, restrict, suspend, or terminate any user's use of the Site at any time without notice and may do so for such user's failure to abide by this Agreement or any other terms or conditions posted anywhere on the Site. This Agreement applies to licensors, affiliates and advertisers as well.

**THIRD PARTY SITES**

You will be transferred to online merchants or other third party sites through links or frames from the Site. We are a directory of other sites and the offers they promote. The Site does not sell any good or service to consumers and nothing on the Site shall be construed as an offer to sell anything or enter into any kind of business relationship. Any purchases you make will be through other websites and from other companies. You are cautioned to read such sites' terms and conditions and all policies, including policies regarding sales, returns, warranties, and privacy before using such sites in order to be aware of the terms and conditions of your use of such sites. Be sure to carefully evaluate and investigate such sites on your own to your satisfaction.

You are also cautioned to carefully read the terms and conditions of any coupons, specials, sweepstakes, promotions, sales or other offers from these merchants. CouponCabin shall not be responsible for any inaccuracies; misrepresentations; product or service liability; offensive, infringing, libelous or illegal materials; lack of availability of other sites, information, promotions, products, or services; viruses or other computer problems resulting from use of such sites; or any liabilities resulting from the terms and conditions of other sites. CouponCabin does not guarantee any content on such sites or anything offered by third parties, including but not limited to prices, promotions, products, or services.

You are knowingly and voluntarily assuming all risks of using such sites to purchase goods and services and of using the "coupons" and specials listed on the Site. You agree that CouponCabin and its licensors and advertisers shall have no liability whatsoever from such third party sites and your usage of them.

These other sites are not under the control of CouponCabin, are not monitored or reviewed by CouponCabin, and CouponCabin is not aware of the contents of such sites.

2/7/20... Terms & Conditions - CouponCabin.com

USDC IN/ND case 2:14-cv-00039-TLS-PRC document 1-1 filed 02/07/14 page 2 of 8
EXHIBIT A

representations or warranties of any kind with regard to any sites, their terms of use, or the way they may collect, save, store, and use information, including your personally identifiable information. You acknowledge that CouponCabin is not responsible for the products, services, accuracy, copyright compliance, legality, decency, or any other aspect of the contents or any transmissions received through such sites. These sites may contain information or material that is illegal, unreasonable or that some people may find inappropriate or offensive. The inclusion of such a link or frame does not imply endorsement of that site by CouponCabin or its advertisers or licensors, or any association with its operators, and is provided solely for your convenience. You should review the terms of use of each website you visit. Linking to any service or site is at your sole risk.

If you have any complaint with such sites, contact that site directly, or contact your state Attorney General or the Federal Trade Commission at www.ftc.gov.

### INTELLECTUAL PROPERTY RIGHTS

The Site is protected under U.S. and international copyright laws. Copyright ©2013 CouponCabin LLC. All rights reserved. All of our company names, product names, service names and logos are owned by us.

The content on the Site, including but not limited to, the text, software, scripts, graphics, photos, sounds, music, videos, interactive features and the like, and the trademarks, service marks and logos contained therein ("Site Content"), are owned by or licensed to CouponCabin and are subject to copyright, trademark, service mark, trade dress, patent and other intellectual property rights and protections under United States and foreign laws and international conventions.

### COPYRIGHT POLICY

If you believe in good faith that any Site Content has been copied in a way that constitutes copyright infringement, you may forward the following information to our Copyright Agent at copyrightnotices@couponcabin.com: (i) your contact information, including your name, address, telephone number, and email address; (ii) identification and description of each copyrighted work that you claim has been infringed; (iii) the exact URL or location of the material that you claim is infringing; (iv) a statement by you that you have a good faith belief that the disputed use is not authorized by the copyright owner, its agent, or the law; (v) an electronic or physical signature of the person authorized to act on behalf of the owner of the copyright interest; and (vi) a statement by you, made under penalty of perjury, that the information in your notice is accurate and that you are the copyright owner or are authorized to act on behalf of the copyright owners.

### PERSONAL AND LAWFUL USE ONLY

Unless otherwise specified, the Site and our services are intended for your personal, noncommercial use only. You agree to use the Site and our services only for lawful purposes and acknowledge that your failure to do so may subject you to civil and criminal liability. You may not in any way make commercial or other unauthorized use of (by publication, re-transmission, distribution, performance, caching, cataloguing, aggregating, or otherwise) the Site Content or other material obtained through the Site, except as permitted by the Copyright Act or other law and as expressly permitted in writing by this Agreement, CouponCabin, or the Site.

### YOU MUST BE OVER 18 TO AGREE TO THIS AGREEMENT AND USE THE SITE

This Agreement must be completed, understood and agreed to by a person over 18. If a parent or guardian wishes to permit a person under 18, and under his or her supervision, to use the Site, he or she should email CouponCabin with his or her explicit permission and acceptance of full legal responsibility for the minor to do so. If you are not yet 18, if you are easily offended, or are accessing the Site from any country where material on the Site is prohibited or illegal, please stop using the Site immediately as you do not have

2/7/2014                                         Terms & Conditions - CouponCabin.com

USDC IN/ND case 2:14-cv-00039-TLS-PRC   document 1-1   filed 02/07/14   page 3 of 8
                                                                                      EXHIBIT A

## YOUR REPRESENTATIONS AND WARRANTIES

By using the Site, you represent and warrant that you are at least 18 years old, you have read and agree to abide by this Agreement, you have read and agree to our Privacy Policy, any information you submit is truthful and accurate, and your use of the Site does not violate any applicable law or regulation.

## LICENSE TO USE THE SITE

Upon your agreement to this Agreement, CouponCabin hereby grants you a non-exclusive, non-transferable limited license to use the Site for personal, noncommercial purposes, in strict accordance with the terms and conditions in this Agreement and as permitted via instructions on the Site. You agree not to make any false or fraudulent statements in your use of or to gain access to the Site. You acknowledge and agree that all content and services available on the Site are property of CouponCabin and its advertisers and licensors and are protected by copyrights, moral rights, trademarks, service marks, patents, trade secrets, and other proprietary rights and laws, in the U.S. and internationally. All rights not expressly granted herein are fully reserved by CouponCabin and its advertisers and licensors.

## LICENSE RESTRICTIONS

### Use

Except as may be explicitly permitted through the Site, you agree not to save, download, cut and paste, sell, license, rent, lease, modify, distribute, copy, reproduce, transmit, publicly display, publicly perform, publish, adapt, edit, catalogue, aggregate, or create derivative works from materials, code or content on or from the Site. Systematic retrieval (including by use of data mining, robots, spiders, or other extraction tools) of data or other content from the Site to create or compile, directly or indirectly, a collection, compilation, database or directory without written permission from CouponCabin is prohibited. In addition, use of the content or materials for any purpose not expressly permitted in this Agreement is prohibited.

With respect to any application created and distributed by us, this license does not include and strictly prohibits (i) any resale of the application or its contents or (ii) any derivative use of such application or its contents. Any such application may not be reproduced, duplicated, copied, sold, resold or otherwise exploited for any purpose without the express prior written authorization of CouponCabin. Any unauthorized use shall immediately terminate the licenses and rights granted by CouponCabin and may subject you to civil and/or criminal prosecution.

### Security

You agree that if you are issued a Username and Password by CouponCabin, you shall use your best efforts to prevent access to the Site through your Username and Password by anyone other than yourself, including but not limited to, keeping such information strictly confidential, notifying CouponCabin immediately if you discover loss or access to such information by another party not under your control and supervision, and by using a Username and Password not easily guessed by a third party.

You agree that you shall not try to reverse engineer, reverse assemble, reverse compile, decompile, disassemble, translate or otherwise alter any executable code, contents or materials on or received via the Site. You understand that such actions are likely to subject you to serious civil and criminal legal penalties and that CouponCabin shall pursue such penalties to the full extent of the law to protect its rights.

### Location/Consent to Transfer

The Site is hosted and operated in the United States. Those who access or use the Site from other jurisdictions do so at their own choice and risk and are solely responsible for compliance with local law. Please note that the personal information you submit to our

Terms & Conditions | CouponCabin.com

can provide the Site to you as set forth in this Agreement and our Privacy Policy.

If you are not a resident of the United States, you acknowledge and agree that we may collect and use your personal information outside your home jurisdiction, and that we may store your personal information in the United States. Please note that the level of legal protection provided in the United States or other non-European countries in which you may access our Site may not be as stringent as that under European Union privacy standards or the privacy laws of some other countries, possibly including your home jurisdiction.

**Export**

You agree that you shall comply with all applicable export and import control laws and regulations in your use of the Site, or materials or services received through the Site, and, in particular, you shall not export or re-export anything on or received through the Site in violation of local or foreign export laws or without all required U.S. and foreign government licenses.

**Government Use**

If you are a branch or agency of the U.S. Government, the following provision applies. The Site, code, contents, services and accompanying documentation are comprised of "commercial computer software" and "commercial computer software documentation" as such terms are used in 48 C.F.R. 12.212 (SEPT 1995) and are provided to the Government (i) for acquisition by or on behalf of civilian agencies, consistent with the policy set forth in 48 C.F.R. 12.212; or (ii) for acquisition by or on behalf of units of the Department of Defense, consistent with the policies set forth in 48 C.F.R. 227.7202-1 (JUN 1995) and 227.7202-3 (JUN 1995). Unpublished rights reserved under the copyright laws of the United States.

## SUBMISSIONS AND USER CONTENT

CouponCabin does not want and cannot accept any ideas, materials, comments, feedback, or suggestions you consider to be confidential or proprietary. Accordingly, you agree that you reserve no right, title, or interest in and to any ideas, information, feedback, questions, comments, suggestions, coupon codes, deal information, printable coupons, or any other data (collectively, "Submissions") provided by you to CouponCabin on the Site or via email. Except as set forth in our Privacy Policy, CouponCabin shall have the right to treat any Submission as non-confidential and shall be free to reproduce, use, disclose, publish, modify, translate, create derivative works from and distribute Submissions to others without limitation. CouponCabin shall be free to use anything contained in such Submissions for any purpose whatsoever.

Any Site Content, including Submissions, uploaded, published, displayed, transmitted, posted or submitted on or to the Site by a user ("User Content") will be subject to these Terms and Conditions. With respect to any User Content generated by you on or through the Site, you represent and warrant that: (i) you own or otherwise have the right to grant the license set forth below in this section with respect to such User Content, (ii) such User Content does not violate the privacy rights, publicity rights, copyrights, intellectual property rights, confidentiality rights, contract rights or any other rights of any person, and (iii) you agree to pay any and all royalties, fees, and any other monies owing any person arising in connection with such User Content appearing on the Site. If a third party claims that the posting or submission of any User Content by you is unlawful, you will bear the burden of establishing that it is lawful.

Any and all User Content shall be deemed non-confidential. By uploading, publishing, displaying, transmitting, posting or submitting any User Content on or through the Site, you hereby grant to CouponCabin a limited, non-exclusive, worldwide, perpetual, irrevocable, fully paid-up, royalty-free, sub-licensable right and license to use, modify, publicly perform, publicly display, reproduce, create derivative works of and distribute such User Content together with your name and location (city, state and/or country) for any purpose including, but not limited to, developing and improving services and

2/7/2014   Terms & Conditions | CouponCabin.com

USDC IN/ND case 2:14-cv-00039-TLS-PRC   document 28-1   filed 11/02/14   page 5 of 8   EXHIBIT A

broadcasting, transmission, promotion, posting or otherwise in any media format or channel now known or hereafter developed. This license does not entitle you to any payment from CouponCabin for any reason. CouponCabin is not obligated to publish, display or post any User Content publicly.

You further agree that you will not upload, publish, display, transmit, post or submit any User Content on or through the Site that is libelous, abusive, obscene, or otherwise contrary to applicable local, federal, or international laws and regulations. You are solely responsible for the content of any information you provide to CouponCabin.

**LOCATION-BASED SERVICES**

If you use location-enabled services in any application created or distributed by us (such as maps in a mobile application), you may be sending us location information. This information may reveal your actual location (such as GPS data) or it may not, such as when you submit a partial address to look at a map of the area.

**CONTENT DISCLAIMER**

Without limiting the disclaimer of warranties set forth below, all Site Content is provided on an "as is" and "as available" basis without warranties of any kind, either express or implied. CouponCabin is not liable for any inaccuracies, errors, omissions or miscalculations in any of the Site Content, nor are we liable for your reliance on the Site Content, or any occurrences, outcomes or results relating to or arising from such reliance, whether or not such consequences were foreseeable. CouponCabin is not responsible for any statements, warranties, representations, offers, events or advertisements made by any third party in Site Content.

**PRIVACY**

Use of the Site is further governed by CouponCabin's Privacy Policy, which is incorporated into this Agreement by reference.

**DISCLAIMER OF WARRANTIES**

COUPONCABIN AND ITS ADVERTISERS, VENDORS, PRODUCT OR SERVICE PROVIDERS, AND LICENSORS MAKE NO REPRESENTATIONS OR WARRANTIES ABOUT THE SITE, THE SUITABILITY OF THE CONTENT, INFORMATION, SERVICES, OR MATERIALS CONTAINED ON OR RECEIVED THROUGH USE OF THE SITE, OR ANY SERVICES OR PRODUCTS RECEIVED THROUGH OR AS A RESULT OF INFORMATION PROVIDED BY THE SITE. ALL INFORMATION AND USE OF THE SITE ARE PROVIDED "AS IS" AND "AS AVAILABLE," WITHOUT WARRANTIES OF ANY KIND, EXPRESS OR IMPLIED.

COUPONCABIN AND ITS ADVERTISERS, VENDORS, PRODUCT OR SERVICE PROVIDERS, AND LICENSORS HEREBY DISCLAIM ALL WARRANTIES WITH REGARD TO THE SITE, THE INFORMATION CONTAINED ON OR RECEIVED THROUGH USE OF THE SITE, AND ANY SERVICES OR PRODUCTS RECEIVED THROUGH THE SITE OR INFORMATION PROVIDED BY THE SITE, INCLUDING BUT NOT LIMITED TO ALL EXPRESS, STATUTORY, AND IMPLIED WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, TITLE AND NON-INFRINGEMENT, OR WITH RESPECT TO THE ACCURACY, RELIABILITY, CORRECTNESS, OR COMPLETENESS OF ANY CONTENT, INFORMATION, SERVICES, OR OTHER MATERIALS MADE AVAILABLE ON OR THROUGH THE SITE OR ANY SITES LINKED TO OR FROM THE SITE. YOUR USE OF THE SITE IS SOLELY AT YOUR RISK. YOU AGREE THAT YOU HAVE RELIED ON NO WARRANTIES, REPRESENTATIONS OR STATEMENTS OTHER THAN IN THIS AGREEMENT.

COUPONCABIN AND ITS ADVERTISERS, VENDORS, PRODUCT OR SERVICE PROVIDERS, AND LICENSORS DO NOT WARRANT THAT THE SITE WILL BE AVAILABLE AT ANY PARTICULAR TIME OR LOCATION; THAT ANY DEFECTS OR ERRORS WILL BE CORRECTED; OR THAT THE CONTENTS OR ANY INFORMATION RECEIVED THROUGH THE SITE IS FREE OF ERRORS, VIRUSES, OR OTHER HARMFUL COMPONENTS.

IN THE EVENT THAT ANY APPLICABLE LAW DOES NOT PERMIT THE EXCLUSION OF

NONE OF THE ABOVE IMPLIED WARRANTIES APPLY. IF YOU DO, THE ABOVE EXCLUSIONS WILL APPLY TO THE FULLEST EXTENT PERMITTED BY LAW IN THE APPLICABLE JURISDICTION.

**LIMITATION OF LIABILITY**

UNDER NO CIRCUMSTANCES SHALL COUPONCABIN OR ITS ADVERTISERS, VENDORS, PRODUCT OR SERVICE PROVIDERS, OR LICENSORS BE LIABLE FOR ANY DIRECT, INDIRECT, PUNITIVE, INCIDENTAL, SPECIAL, OR CONSEQUENTIAL DAMAGES THAT RESULT FROM, OR ARISE OUT OF THE USE OF, OR INABILITY TO USE, THE SITE, THE INFORMATION CONTAINED ON OR RECEIVED THROUGH USE OF THE SITE, THE PRODUCTS OR SERVICES LISTED ON THE SITE, OR ANY SERVICES OR PRODUCTS RECEIVED, POSTED, EMAILED, TRANSMITTED, OR OTHERWISE MADE AVAILABLE VIA THE SITE. THIS LIMITATION APPLIES WHETHER THE ALLEGED LIABILITY IS BASED ON CONTRACT, TORT, NEGLIGENCE, STRICT LIABILITY, OR ANY OTHER BASIS, EVEN IF COUPONCABIN OR ITS OFFICERS, MEMBERS, MANAGERS, DIRECTORS, EMPLOYEES, AGENTS, LICENSORS, ADVERTISERS, VENDORS, OR PRODUCT OR SERVICE PROVIDERS HAVE BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES. THE FOREGOING LIMITATION OF LIABILITY SHALL APPLY TO THE FULLEST EXTENT PERMITTED BY LAW IN THE APPLICABLE JURISDICTION.

**INDEMNIFICATION**

You agree to defend, indemnify, and hold harmless CouponCabin, its advertisers, vendors, product and service providers, licensors, parents, subsidiaries and other affiliated companies, and their employees, contractors, members, managers, officers, shareholders, agents and directors from all liabilities, claims, losses, damages, obligations, costs, and expenses, including attorney's fees, that arise from or relate to (a) your use of and access to the Site, or any services, information or products from the Site; (b) your violation or breach of any of the terms of this Agreement or your representations and warranties; (c) your violation of the rights of any third party, including but not limited to any copyright, property, or privacy right; or (d) any claim that one or more of your submissions to the Site has caused damage to a third party. This defense and indemnification obligation will survive your use of the Site. CouponCabin reserves the right to assume the exclusive defense and control of any claim for which we or any of the indemnitees listed above are entitled to indemnification hereunder. In such event, you shall pay all fees and costs for such defense and shall provide us with such cooperation at no charge as is reasonably requested by us to assert any available defenses.

**LEGAL COMPLIANCE**

CouponCabin may suspend or terminate this Agreement or a user's use immediately upon receipt of any notice which alleges that a user has used the Site for any purpose that violates any local, state, federal or law of other nations, including but not limited to the posting of information that may violate third party rights, that may defame a third party, that may be obscene or pornographic, that may harass or assault others, that may violate hacking or other criminal regulations, etc. of its agents, officers, directors, contractors or employees. In such event, CouponCabin may disclose the user's identity and contact information, if requested by a government or law enforcement body or as a result of a subpoena or other legal action, and CouponCabin shall not be liable for damages or results thereof and user agrees not to bring any action or claim against CouponCabin for such disclosure.

**THIS AGREEMENT**

This Agreement, together with the Privacy Policy, constitutes the entire agreement between the parties related to the subject matter thereof, supersedes any prior or contemporaneous (oral, written or electronic) agreement between the parties and shall not be changed except by written agreement signed by an officer of CouponCabin. If any provision of this Agreement is found by a proper authority to be unenforceable or invalid, such unenforceability or invalidity shall not render this Agreement unenforceable or invalid as a whole and in such event, such provision shall be changed and interpreted so as to best accomplish the objectives of such unenforceable or invalid provision within

**TRANSFER OF RIGHTS**

This Agreement, and any rights and licenses granted hereunder, may not be assigned or transferred by you, but may be assigned by CouponCabin without restriction.

**CHOICE OF LAW AND FORUM**

The Site (excluding third party linked sites) can be accessed from all 50 states as well as from other countries around the world to the extent permitted by the Site and applicable law. As each of these places may have differing laws, by accessing the Site, both you and CouponCabin agree that the statutes and laws of the State of Indiana shall apply to any actions or claims arising out of or in relation to this Agreement or your use of the Site, without regard to conflicts of laws principles thereof. You and CouponCabin also agree and hereby submit to the filing of any claim only in the exclusive personal jurisdiction and venue of the courts located in Lake County, Indiana, and any legal proceedings shall be conducted in English. CouponCabin makes no representation that materials on the Site are appropriate or available for use in other locations, and accessing them from territories where their contents are illegal is prohibited. This Agreement shall not be governed by the United Nations Convention on Contracts for the Sale of Goods.

TODAY'S TOP STORES

6pm    Bath & Body Works    eBay    Edible Arrangements    FTD    Kohl's
Macy's    ProFlowers    Redbox    Target    Victoria's Secret    Walmart

About
About CouponCabin
100% Guarantee
Coupons for Troops
Press

Help
CouponCabin University
Help
Report an expired coupon
Contact Us

Follow Us
Facebook

Savings Tools
Mobile & Tablet Apps

Pinterest

Google+

MyCabin

CouponCabin Blog

©2003-2013 CouponCabin LLC. Use of this site is subject to the Terms & Conditions which constitutes a legal agreement between you and CouponCabin LLC.
View our Privacy Policy, revised and effective 09/16/2013. Patents Pending.